(May 20, 2011)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTO-PHER J. CASSAR, on Behalf of MAALIK OLIVER, Petitioner, v MI-CHAEL J. SPOSATO, Acting Sheriff of Nassau County, Respondent. [922 NYS2d 805]—Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County indictment No. 276-11.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County indictment No. 276-11 to the sum of $150,000, which may be posted in the form of an insurance company bail bond in that sum, or by depositing the sum of $75,000 as a cash bail alternative. Prudenti, P.J., Angiolillo, Florio and Cohen, JJ., concur.